# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:    12 C 2255

    Robert Sanchez

        v.

    Cook County, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Robert Sanchez

| | |
|---|---|
| NAME (Type or print) <br> Lawrence V. Jackowiak | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Lawrence V. Jackowiak | |
| FIRM <br> Jackowiak Law Offices | |
| STREET ADDRESS <br> 20 North Clark Street, Suite 1700 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6231003 | TELEPHONE NUMBER <br> 312.795.9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES X    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES X    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES X    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |