# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of **Case Number: 12 C 2255**

**ROBERT SANCHEZ**

        **Plaintiff,**
  **v.**                                  Honorable Matthew F. Kennelly

**COOK COUNTY, JOHN DOE, JIM DOE.**

        **Defendants.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cook County

| | |
|---|---|
| Name  James S. Murphy-Aguilu | |
| SIGNATURE  */s/ James S. Murphy-Aguilu* | |
| FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE | |
| STREET ADDRESS  50 W. WASHINGTON ST., ROOM 500 | |
| CITY/STATE/ZIP  CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6290307 | TELEPHONE NUMBER  (312) 603-5669 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |