# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of **Case Number: 12 C 2255**

**ROBERT SANCHEZ**

        **Plaintiff,**
  **v.**                                 Honorable Matthew F. Kennelly

**COOK COUNTY, JOHN DOE, JIM DOE.**

        **Defendants.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cook County

| |
|---|
| Name  James Pullos |
| SIGNATURE  /s/ *James Pullos* |
| FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE |
| STREET ADDRESS  50 W. WASHINGTON ST., ROOM 500 |
| CITY/STATE/ZIP  CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275728 | (312) 603-5105 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |