AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

| | |
|---|---|
| Robert Sanchez<br>V.<br>Cook County, John Doe, Jim Doe, Thomas Dart | CASE NUMBER: 12 C 2255<br><br>ASSIGNED JUDGE: KENNELLY<br><br>DESIGNATED<br>MAGISTRATE JUDGE: SCHENKIER |

TO: (Name and address of Defendant)

Cook County Sheriff Thomas Dart
50 West Washington Street
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence V. Jackowiak
Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE

April 30, 2012

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/1/12 |
| NAME OF SERVER (PRINT) CRISS ROJAS | TITLE Server/Clerk |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 50 W Washington St Chicago, IL 60602

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Meg Keating, Legal Assistant

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/1/12
Date

Signature of Server

20 N Clark Suite 1700, Chicago, IL 60602
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.