UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT SANCHEZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 12 C 2255 |
| | ) | |
| vs. | ) | Judge Kennelly |
| | ) | |
| COOK COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO:** James Pullos
James S. Murphy-Aguilu
Assistant State's Attorneys
50 West Washington Street, Room 500
Chicago, Illinois 60603

    **PLEASE TAKE NOTICE** that at 9:30 a.m., on Thursday, May 31, 2012, or as soon thereafter as counsel may be heard, I shall appear before Honorable Matthew F. Kennelly, or any judge sitting in his stead, in courtroom 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, and present the accompanying **Plaintiff's Unopposed Motion for Leave to File the Attached Second Amended Complaint *Instanter***.

### CERTIFICATE OF SERVICE

    I, Adele D. Nicholas, certify that on Thursday, May 24, 2012, this notice and the above-described motion were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

                                                            /s/ Adele D. Nicholas
                                                            *Counsel for the Plaintiff*

Adele D. Nicholas
Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595